LOUIS HOLLAND et al., Appellants, *v.* FRED Y. PRESLEY et al., Respondents, Impleaded with Others.

Argued May 17, 1939; decided May 31, 1939.

*Joseph Lotterman* and *Louis A. Tepper* for appellants.

*James McC. Mitchell, Daniel J. Kenefick* and *Leonard P. Moore* for Charles H. Diefendorf et al., defendants-respondents.

*Timothy N. Pfeiffer* for Fred Y. Presley, respondent.

*John J. Boyle* and *C. Frank Reavis* for National Investors Corporation, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS and LOUGHRAN, JJ. Dissenting: FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.